UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.'s   18-CR-20256-Martinez
             15-CR-20170-Moore

UNITED STATES OF AMERICA,         :
                                  :
            Plaintiff,            :
                                  :
v.                                :
                                  :
RAUL SOSA, SR.,                   :
                                  :
            Defendant.            :
..............................    :

**EMERGENCY MOTION REQUESTING HEARING ON MR. SOSA'S
<u>MOTION FOR COMPASSIONATE RELEASE</u>**

The Defendant, RAUL SOSA, SR., through undersigned counsel, respectfully requests this Honorable Court to set a hearing as soon as possible concerning his pending Motion for Compassionate Release. DE's 72 and 152. In support of this motion, Mr. Sosa states as follows:

1.  On May 13, 2020, undersigned filed a Motion for Compassionate Release Resentencing and Request for Home Confinement pursuant to 18 U.S.C. Section 3582(c)(1)(A). DE's 72 and 152. The Defendant's request is based on his serious medical conditions including diabetes and heart disease as well as the fact that the B.O.P. has been unable to control the Covid-19 outbreak at the FCI-Miami from spreading to the Defendant and those around him, and the fact that the B.O.P. continues to make poor and ill-advised medical decisions for the Defendant's care and contrary to the best interests and desires of the Defendant.

2.  On May 29, 2020, the Government filed its Response in Opposition

to Mr. Sosa's motion. DE's 76 and 155. In its Response, the Government advised the Court that Mr. Sosa was being reconsidered by the BOP for home confinement release due to his health conditions. *Id.*

3. On July 28, 2020, undersigned learned, **for the first time,** from an anonymous source, that Mr. Sosa was hospitalized at Larkin Community Hospital after contracting Covid-19 and had, at some time, been placed on a ventilator in the ICU at this medical facility. Shockingly, the B.O.P. failed to notify undersigned, the Defendant's family, counsel for the government or either U.S. District Court Judge presiding over Mr. Sosa's case, that Mr. Sosa was rushed by ambulance to the hospital after nearly dying at the facility from Covid-19 complications twenty days earlier on July 8, 2020. The medical records (which have been filed separately under seal with the Court) indicate that Mr. Sosa was rushed to the hospital on July 8, 2020, with Covid-19 symptoms, including, but not limited to, fever, shortness of breath, headache, chills, coughing and nausea. *See* medical records dated July 7, 2020, filed separately under seal.

4. Based on the most recent medical records received by undersigned dated July 30, 2020, Mr. Sosa was still positive for Covid-19, was still hospitalized but without the use of a mechanical ventilator at Larkin Community Hospital and was taking over 20 medications to treat his serious medical conditions. According to the records, Mr. Sosa was also pending transfer from the ICU to the telemetry unit. In the telemetry unit of a hospital, patients are often in critical condition and need constant monitoring and care.

5. Contrary to these medical orders, Mr. Sosa was sent back to the FCI-Miami. Not only was Mr. Sosa still positive with Covid-19, but he was placed with other

infected inmates and he was also released too early from the hospital given his medical state as he was complaining of shortness of breath and other Covid-19 symptoms. At the time, Mr. Sosa had also not received any of his prescribed medications including his insulin.

      6.      Given Mr. Sosa's current medical state and the last known medical records provided to undersigned, Mr. Sosa should have been transported to a rehabilitation facility or kept at Larkin Community Hospital, where he will be properly treated for his medical conditions – including Covid-19 and not transported back to the FCI-Miami. At a minimum, the B.O.P.'s actions are callous and without regard to his healthcare needs. Accordingly, undersigned requests an immediate hearing concerning Mr. Sosa's compassionate release motion to address the substance of his request and prevent further harm to his health as a result of the B.O.P.'s treatment..

      7.      After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

**WHEREFORE**, the Defendant, RAUL SOSA, SR., through undersigned counsel, respectfully requests this Honorable Court to set a hearing as soon as possible concerning his Motion for Compassionate Release.

Respectfully submitted,

Paul D. Petruzzi, Esq.
**Law Offices of Paul D. Petruzzi, P.A.**
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:  (305) 373-3832
E-mail: petruzzi-law@msn.com

By:  /s/ Paul D. Petruzzi
     **PAUL D. PETRUZZI, ESQ.**
     Florida Bar No. 982059

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2020, a true and correct copy of this document was furnished by CM/ECF to all counsel of record.

By:  /s/ Paul D. Petruzzi
     **PAUL D. PETRUZZI, ESQ.**
     Attorney for Defendant